**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-1446**

_____

TOIVANIA EREACHIA GILL,

　　　　　Plaintiff - Appellant,

　　　v.

TBG FOOD ACQUISITION CORP.,

　　　　　Defendant - Appellee.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Thomas T. Cullen, District Judge; Glen E. Conrad, Senior District Judge.  (7:19-cv-00479-TTC-RSB)

_____

Submitted:  November 17, 2022　　　　　　　　Decided:  November 22, 2022

_____

Before KING, QUATTLEBAUM, and RUSHING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Toivania Ereachia Gill, Appellant Pro Se.　Carrie Harris Grundmann, SPILMAN, THOMAS & BATTLE, PLLC, Winston-Salem, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Toivania Ereachia Gill appeals the district court's orders granting in part Defendant's motion to dismiss several of Gill's employment related claims and accepting the magistrate judge's recommendation to grant Defendant summary judgment on Gill's remaining claims.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's orders.  *See Gill v. TBG Food Acquisition Corp.*, No. 7:19-cv-00479-TTC-RSB (W.D. Va. July 9, 2020; Mar. 25, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*